

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 28 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:24cr32 KS-MTP

RAYSHAWN BARNETT  18 U.S.C. § 922(o)

**The Grand Jury charges:**

On or about April 2, 2024, in Jones County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **RAYSHAWN BARNETT**, knowingly possessed a machine gun in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of

forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

*for* TODD W. GEE
United States Attorney

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 28th day of August 2024.

_____
UNITED STATES MAGISTRATE JUDGE

2